IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FRED BOGES,

    Plaintiff,

v.                                                              Case No. 1:10-cv-00024
                                                              Judge Trauger

GENERAL MOTORS COMPANY,
GENERAL MOTORS CORPORATION,
GENERAL MOTORS, LLC,
GENRAL MOTORS PRODUCT SERVICES, INC,
d/b/a GENERAL MOTORS OF SPRING HILL

    Defendant.

## ORDER

In evaluating the defendant's summary judgment motion, it appears to the court that the Tennessee Supreme Court's analysis of the *McDonnell Douglas* burden-shifting framework in *Gossett v. Tractor Supply Co.*, 320 S.W.3d 777 (Tenn. 2010) might have a bearing on the court's analysis. *Gossett* does not appear to have been cited by either party in briefing. Therefore, by April 22, 2011, the parties shall file additional briefing stating their positions on whether *Gossett* bears on the court's analysis of the defendant's Motion for Summary Judgment.

    It is so Ordered.

    Enter this 15th day of April 2011.

                                                        ALETA A. TRAUGER
                                                        United States District Judge