IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**FRED BOGES,**

    **Plaintiff,**

**v.**                                                       **Case No. 1:10-cv-00024**
                                                           **Judge Trauger**

**GENERAL MOTORS COMPANY,**
**GENERAL MOTORS CORPORATION,**
**GENERAL MOTORS, LLC,**
**GENERAL MOTORS PRODUCT SERVICES, INC,**
**d/b/a GENERAL MOTORS OF SPRING HILL**

    **Defendant.**

## ORDER

For the reasons expressed in the accompanying memorandum, the defendant's Motion for Summary Judgment (Docket No. 23) is **GRANTED**. Consequently, the plaintiff's claims against the defendant are **DISMISSED** with prejudice. Entry of this Order shall constitute the final judgment in this case.

    It is so Ordered.

Enter this 27th day of April 2011.

                                                                          _____
                                                                          ALETA A. TRAUGER
                                                                          United States District Judge